UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
                                       :

PRISCILIANO CRISTOBAL BONIFACIO,     :
                                         :

                Plaintiff,          : **FINAL JUDGMENT OF**
                                         : **MANDATORY INJUNCTION AND**
                                         : **DAMAGES**
         - against -                  :
                                         : 22-cv-05097 (BMC)

BRIGHTON BEACH FOOD, INC. and         :
PRISALA LLC,                        :
                                         :

                Defendants.         :
--------------------------------------------------------- X

       Plaintiff having moved for a default judgment against defendants in this action; and

defendants Brighton Beach Food, Inc. and Prisala LLC having failed to timely answer or appear;

and the Clerk of Court having entered their default upon the record pursuant to Federal Rule of

Civil Procedure 55(a); and the Court, by Order dated May 24, 2023 (the "Order"), having

granted the Motion for Default Judgment; it is hereby

       **ORDERED AND ADJUDGED**, that plaintiff's motion for a default judgment is granted

to the extent set forth in the Order; and it is further

       **ORDERED, ADJUDGED, AND DECREED**, that (1) defendants shall submit to

plaintiff's counsel an architectural plan that remedies the Americans with Disabilities Act

Accessibility Guidelines violations identified in Plaintiff's Complaint and Memorandum in

Support of Motion for Default Judgment dated November 23, 2022, annexed to the Motion for

Default Judgement, within 60 days of plaintiff's filing of proof of service of the Order and this

Final Judgment upon defendants; (2) within 30 days from receipt of defendants' plans, plaintiff

shall consent to it or seek further relief from the Court; and (3) defendants shall make any

necessary alterations within 60 days of plaintiff's consent or subsequent Order of the Court; and it is further

**ORDERED AND ADJUDGED**, that plaintiff be awarded $100 in compensatory damages based on defendants' violation of NYCHRL; and it is further

**ORDERED AND ADJUDGED**, that plaintiff may file his motion for attorneys' fees and costs within ninety (90) days of the entry of this Final Judgment of Mandatory Injunction.

 **SO ORDERED.**

*Brian M. Cogan*
_____
U.S.D.J.

Dated: Brooklyn, New York
      May 24, 2023