UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRISCILIANO CRISTOBAL BONIFACIO,<br><br>                                          Plaintiff,<br><br>-against-<br><br>BRIGHTON BEACH FOOD INC. d/b/a PALACE FRIED CHICKEN AND PRISALA LLC,<br><br>                                          Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:22-cv-05097-BMC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, **Prisciliano Cristobal Bonifacio** by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, **with prejudice** against Defendants, **Brighton Beach Food Inc. d/b/a Palace Fried Chicken and Prisala LLC** since no party has answered or otherwise moved for summary judgment in this action.

Dated: August 28, 2023

                                                                                       The Marks Law Firm, P.C.

By: _____
       Bradly G. Marks
       The Marks Law Firm, PC
       155 E 55th Street, Suite 4H
       New York, NY 10022
       T:(646) 770-3775